**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRAUN, et al.,

             Plaintiff(s),

  vs.

COUNTY OF SAN MATEO, et al.,

             Defendant(s).

                                  /

No. C 03-3415 MEJ
No. C 08-4814 MEJ
Related Cases

**ORDER RE: STATUS STATEMENT**

      On December 1, 2008, the Court granted Plaintiffs' request to relate the above-captioned

matters.  As the lower-numbered case (C 03-3415 MEJ) is currently scheduled for a status

conference on December 11, 2008, the Court finds it appropriate to conduct a status conference for

both cases on that date.  Accordingly, the parties shall file a joint status statement addressing both

cases by December 4, 2008.

     **IT IS SO ORDERED.**

Dated: December 1, 2008

                                           
                        MARIA-ELENA JAMES
                        United States Magistrate Judge